UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-289-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **BOBBY RAY TRAMMEL, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Extend Deadline to Provide the Presentence Investigation Report Forms to the United States Probation Office. (#24). Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Extend Deadline to Provide the Presentence Investigation Report Forms to the United States Probation Office (#24) is **GRANTED**, and Defendant shall be granted an additional 14 days from the original deadline in which to provide the presentence investigation report forms.

Signed: November 30, 2020

Max O. Cogburn Jr.
United States District Judge